**Dismissed; Opinion Filed February 15, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01337-CV

### IN THE INTEREST OF J.J.B., A CHILD, Appellant

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-18595-S**

## MEMORANDUM OPINION

Before Justices Evans, Stoddart, and Boatright
Opinion by Justice Evans

Appellant seeks an appeal from the associate judge's June 20, 2016 "judgment" and July 28, 2016 "judgment from temporary orders." By letter dated November 18, 2016, we notified the parties of our concern that we lack jurisdiction over this appeal because it appeared that no final judgment had been entered in this case. We directed appellant to file a letter brief by November 28, 2016 addressing the Court's concerns. We informed appellant that if the court determines it does not have jurisdiction, the appeal will be dismissed without further notice. To date, appellant has not filed his letter brief or otherwise corresponded with the Court regarding our jurisdictional concerns.

With few exceptions, appellate jurisdiction is limited to appeals from final judgments and orders in which all claims and parties have been disposed. *Lehman v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Additionally, temporary orders issued in family law cases are not appealable. *See* TEX. FAM. CODE ANN. § 105.001(e) (West 2014).

Because nothing before us demonstrates our jurisdiction, we dismiss this appeal. TEX. R. APP. P. 42.3(a), 43.2(f).

/David W. Evans/
DAVID EVANS
JUSTICE

161337F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.J.B., A CHILD

No. 05-16-01337-CV

On Appeal from the 256th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-15-18595-S.
Opinion delivered by Justice Evans, Justices Stoddart and Boatright participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Frances Briggs, recover her costs, if any, of this appeal from appellant John Briggs.

Judgment entered this 15th day of February, 2017.